*E-filed 1/18/08*

1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant BERGSTRAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-70709 HRL (PVT) |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING; ORDER** |
| v. | |
| DAVID LOUIS BEHAR, LINDSAY ROBIN HOGUE, TARA BERGSTRAND, and JOHN ROGER LAGACE | |
| Defendants. | |

## STIPULATION

Defendants and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing date in the above-captioned matter, presently scheduled for Thursday, January 24, 2008, at 9:30 a.m., be continued to Thursday, February 7, 2008, at 9:30 a.m.  The continuance has been requested in order to allow each defense counsel an opportunity to review new discovery and discuss the matter with their client.  Furthermore, the government may provide settlement offers after considering issues and arguments raised by the defendants.

The parties further agree and stipulate that time should be excluded from their respective currently scheduled preliminary hearing date: January 24, 2008 through and including February 7, 2008, for ongoing defense preparation, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(8)(a)

STIPULATION TO CONTINUE HEARING;
[PROPOSED] ORDER
No. CR 07-70709 HRL (PVT)                    1

1  and (B)(iv). Accordingly, the United States and the defendant agree that granting the requested
2  exclusion of time will serve the interest of justice and outweigh the interest of the public and
3  defendant in a speedy trial.
4  DATED: January 17, 2008

5  _____/s/_____
   LARA S. VINNARD
6  Assistant Federal Public Defender

8  _____/s/_____
   PETER LEEMING
   Attorney for Mr. Behar

10 _____/s/_____
   GEOFFREY BRAUN
11 Attorney for Ms. Hogue

13 _____/s/_____
   JERRY Y. FONG
   Attorney for Mr. Lagace

15 _____/s/_____
   JEFF SCHENK
16 Assistant United States Attorney

**ORDER**

The parties have jointly requested a continuance of the hearing set for January 24, 2008.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for January 24, 2008, be continued to February 7, 2008, at 9:30 a.m. as well as the period of delay from January 24, 2008, to and including February 7, 2008, be excluded for purposes of Speedy Trial Act computations pursuant to 18 U.S.C. §3161.

IT IS SO ORDERED.

Dated: 1/18/08

_____
HOWARD R. LLOYD
United States Magistrate Judge

ORDER CONTINUING HEARING AND
EXCLUDING TIME
No. CR 07-70709 HRL (PVT)           2