1  JERRY Y. FONG, ESQ. (SBN 99673)
   CAREY & CAREY
2  706 COWPER STREET
   P.O. BOX 1040
3  PALO ALTO, CA  94302-1040
   650/328-5510
4  650/853-3632 fax

5  Attorneys for Defendant
   JOHN ROGER LAGACE
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12 | UNITED STATES OF AMERICA,        CASE NO. CR 07-70709 HRL

13 |         Plaintiff,
                                       STIPULATION TO CONTINUE
14 |     vs.                           HEARING; [proposed] ORDER

15 | DAVID LOUIS BEHAR, LINDSAY
     ROBIN HOGUE, TARA
16 | BERGSTRAND, and JOHN ROGER
     LAGACE,
17
              Defendants.
18

19

20     IT IS HEREBY STIPULATED, by Defendants and the government, through

21  their respective counsel that, subject to the Court's approval, the hearing date

22  in the above-captioned matter, presently set for Thursday, February 7, 2008,

23  at 9:30 am, be continued to Thursday, February 21, 2008.  The continuance

24  has been requested because the parties need time to discuss settlement.

25      The parties further agree and stipulate that the period of time from

26  February 7, 2008 through and including February 21, 2008, should be excluded

27  pursuant to Speedy Trial Act, 18 U.S.C. §3161.  Accordingly, the Untied States

28  and the defendants agree that granting the requested exclusion of time will

1  serve the interests of justice and outweigh the interest of the public and
2  defendants in a speedy trial.
3
4  DATED: January 31, 2008          CAREY & CAREY
5
6                                          /s/
                                   JERRY Y. FONG, Attorneys for
7                                  JOHN ROGER LAGACE
8
9  DATED:   1/31   , 2008             /S/
                                   PETER LEEMING
10                                 Attorney for Mr. Behar
11
12 DATED:   1/29   , 2008             /s/
                                   MANUEL ARAUJO
13                                 Attorney for Ms. Bergstrand
14
15 DATED:   1/29   , 2008             /s/
                                   GEOFFREY BRAUN
16                                 Attorney for Ms. Hogue
17
18 DATED:   1/29   , 2008             /s/
                                   JEFFREY B. SCHENK
19                                 Assistant U.S. Attorney
20
21
22
23                          ORDER
24    The parties have jointly requested a continuance of the hearing set for
25 February 7, 2008.
26    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date
27 presently set for February 7, 2008, be continued to February 21, 2008, at 9:30
28 am, as well as the period of delay from February 7, 2008 to and including

1  February 21, 2008, be excluded for purposes of Speedy Trial Act computations
2  pursuant to 18 U.S.C. §3161.
3      IT IS SO ORDERED.
4
5  DATED: _____, 2008
6                                              HOWARD R. LLOYD
                                            U.S. Magistrate Judge