UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 1/31/08

Clerk:

Case No: 07-mj-70709 HRL          Case Title: USA VS.  JOHN ROGER LAGACE

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Jeff  Schenk | Jerry Fong |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status       [ ] Discovery

**[X ]** Settlement    [ ] Final

[ ] Other

| Pltf. | Deft. | **MOTIONS** |
|---|---|---|
| [ ] | [ ] | 1. |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted            [ ] Submitted              [ ] Settled

[ ] Denied             [ ] Briefs to be filed     **[X ]** Not Settled - offers and demands to be presented on both sides - productive discussions ongoing.

[ ] Granted in part, denied in part              [ ] Off Calendar

## ORDER TO BE PREPARED BY

[ ] Plaintiff     [ ] Defendant     [ ] Court     [ ] Court w/opinion

NOTES: 1 HOUR