JERRY Y. FONG, ESQ. (SBN 99673)
CAREY & CAREY
706 COWPER STREET
P.O. BOX 1040
PALO ALTO, CA  94302-1040
650/328-5510
650/853-3632 fax

Attorneys for Defendant
JOHN ROGER LAGACE

FILED

FEB - 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 07-70709 HRL |
| Plaintiff, | STIPULATION TO CONTINUE HEARING; [~~proposed~~] ORDER |
| vs. | |
| DAVID LOUIS BEHAR, LINDSAY ROBIN HOGUE, TARA BERGSTRAND, and JOHN ROGER LAGACE, | |
| Defendants. | |

   IT IS HEREBY STIPULATED, by Defendants and the government, through their respective counsel that, subject to the Court's approval, the hearing date in the above-captioned matter, presently set for Thursday, February 7, 2008, at 9:30 am, be continued to Thursday, February 21, 2008. The continuance has been requested because the parties need time to discuss settlement.

   The parties further agree and stipulate that the period of time from February 7, 2008 through and including February 21, 2008, should be excluded pursuant to Speedy Trial Act, 18 U.S.C. §3161. Accordingly, the Untied States and the defendants agree that granting the requested exclusion of time will

1
STIPULATION TO CONTINUE HEARING; PROPOSED ORDER

serve the interests of justice and outweigh the interest of the public and defendants in a speedy trial.

DATED: January 31, 2008      CAREY & CAREY

_____/s/_____
JERRY Y. FONG, Attorneys for
JOHN ROGER LAGACE

DATED: __1/31__, 2008       _____/S/_____
PETER LEEMING
Attorney for Mr. Behar

DATED: __1/29__, 2008       _____/s/_____
MANUEL ARAUJO
Attorney for Ms. Bergstrand

DATED: __1/29__, 2008       _____/s/_____
GEOFFREY BRAUN
Attorney for Ms. Hogue

DATED: __1/29__, 2008       _____/s/_____
JEFFREY B. SCHENK
Assistant U.S. Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for February 7, 2008.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for February 7, 2008, be continued to February 21, 2008, at 9:30 am, as well as the period of delay from February 7, 2008 to and including

1  February 21, 2008, be excluded for purposes of Speedy Trial Act computations
2  pursuant to 18 U.S.C. §3161.
3      IT IS SO ORDERED.
4
5  DATED: _____, 2008          _____
                                  HOWARD R. LLOYD
6                                 U.S. Magistrate Judge